**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-6582**

_____

PHILLIP E. JOHNSON,

Plaintiff - Appellant,

versus

DILLWYN CORRECTIONAL CENTER; NOTTOWAY
CORRECTIONAL CENTER; LISA EDWARDS, Warden; MR.
PERUTELLI, Assistant Warden; CHAPLAIN T.
ARMSTRONG; C. H. BOOKER, Major; TREATMENT
SUPERVISOR RADCLIFF-WALKER; CAPTAIN FARMER;
CAPTAIN BAKER; SERGEANT WOODSON; SERGEANT
JOHNSON; SERGEANT LEE; WARDEN VAUGHAN; P.
GURNEY, Assistant Warden; CAPTAIN FRAME;
LIEUTENANT FERGUSON; LARRY BONDS, Rec-Dept.;
COUNSELOR FITZGERALD; OFFICER BANKS;
OPERATIONS OFFICER MS. CURRIN; LIEUTENANT
WALTON; SERGEANT ORTEZ,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior District
Judge. (7:07-cv-00107-jct)

_____

Submitted: August 24, 2007        Decided: September 6, 2007

_____

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Phillip E. Johnson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip E. Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Johnson v. Dillwyn Corr. Ctr.</u>, No. 7:07-cv-00107-jct (W.D. Va. Mar. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>